AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE February 25, 2008 |
|---|---|
| NAME OF SERVER (PRINT) Rose I. Metzger | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): U.S. Certified Mail 7003 3110 0003 2339 9723

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $6.28 | TOTAL $6.28 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Feb. 21, 2008
Date

Rose I. Metzger
Signature of Server

21 S. Section St, Fairhope, AL 36532
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ameriquest Mortgage Company
c/o National Registered Agents, Inc.
150 South Perry Street
Montgomery, AL 36104

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X R Bethea
☐ Agent
☐ Addresse

B. Received by (*Printed Name*) B. Bethea

C. Date of Deliver 2/21/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7003 3110 0003 2339 9723

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540


UNITED STATES POSTAL SERVICE
MONTGOMERY AL 35
22 FEB 2008 PM 3 T
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10
• Sender: Please print your name, address, and ZIP+4 in this box •
James D. Patterson
Law Offices of Earl P. Underwood, Jr.
21 South Section St.
Fairhope, AL 36532
08-043 CowA C+S




Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 3110 0003 2339 9723**
Status: **Delivered**

Your item was delivered at 11:27 AM on February 21, 2008 in MONTGOMERY, AL 36104.

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.






**Copyright© 1999-2007 USPS. All Rights Reserved.** No FEAR Act EEO Data FOIA