IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALLEN F. COWART, JR. and KAY H. COWART; DARLENE BROWN and JOHN WOODARD; SHEILA JACKSON and MICHAEL GARITY; BILMA HALL, WALLACE and SHIRLENE SOMERSET, DEBORAH MOLETTE, and RAMONA GULLEY, )<br><br>Plaintiffs, )<br>v. )<br>)<br>AMERIQUEST MORTGAGE COMPANY, )<br>)<br>Defendant. ) | CASE NUMBER: 1:08-cv-00096-C |

**DEFENDANT'S UNOPPOSED MOTION TO STAY**

**COMES NOW** the defendant, Ameriquest Mortgage Company, and hereby moves this Court to stay this matter pending its anticipated transfer by the Judicial Panel on Multidistrict Litigation. In support thereof, defendant states as follows:

1. On March 12, 2008, the plaintiffs filed a Notice of Potential Tag-Along Action ("Notice") with the Judicial Panel on Multidistrict Litigation. A copy of the Notice is attached hereto as Exhibit "A." By way of the Notice, the plaintiffs have requested that the Judicial Panel transfer this matter to the Northern District of Illinois.

2. Because a number of substantially similar actions have already been transferred to the MDL, the defendant has good reason to believe that the Judicial Panel will enter a Conditional Transfer Order in the near future transferring this matter.

3. In considering whether to stay proceedings pending transfer by the Judicial Panel, the United States District Court for the Southern District of Alabama has stayed proceedings in

1649743 v1

similar matters after considering "judicial efficiency" and "avoiding inconsistent results between sister courts."[1]  Judge Steele explained:  "The presence of a batch of similar motions before the MDL Court also exposes the risk of inconsistent results that would arise were the Court to rule on the motion before it."[2]

4. The plaintiffs consent to the requested stay of this matter.

5. Accordingly, Ameriquest Mortgage Company respectfully requests that this Court stay this matter pending its anticipated transfer to the United States District Court for the Northern District of Illinois by the Judicial Panel on Multidistrict Litigation.

Respectfully submitted,

s/ Stephen J. Bumgarner
Stephen J. Bumgarner (BUMGS2089)
sbumgarn@burr.com

Attorney for Defendant Ameriquest Mortgage Company

**OF COUNSEL:**
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile:  (205) 458-5100

---

[1] *See Thomas v. Ameriquest Mortgage Co.*, Case No. 07-0652-WS-C, 2007 WL 3287842, at * 1 (S.D. Ala. Nov. 5, 2007); *Boudin v. Residential Essentials, LLC*, Civil Action No. 07-0018-WS-C, 2007 WL 2609510 (S.D. Ala. Sept. 6, 2007); *see also Betts v. Eli Lilly & Co.*, 435 F. Supp.2d 1180, 1182 (S.D. Ala. 2006) (explaining standards considered in reviewing motion to stay).

[2] *See Boudin*, 2007 WL 2609510, at * 1

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

>James D. Patterson, Esq.
>Earl P. Underwood, Esq.
>21 South Section Street
>Fairhope, AL  36532
>
>Kenneth J. Riemer, Esq.
>P. O. Box 1206
>Mobile, AL  36633

>>s/ Stephen J. Bumgarner
>>Of Counsel

Exhibit A

# BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| In re: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) )   MDL Docket No. 1715 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

PLEASE TAKE NOTICE that, pursuant to J.P.M.L. Rules 7.2(i) and 7.5(e), the undersigned counsel for the plaintiffs gives notice of the following potential tag-along action:

1. *Allen F. Cowart, Jr. and Kay H. Cowart, et al. v. Ameriquest Mortgage Company*, Case No. 1:08-cv-00096-C (Southern District of Alabama, Southern

Division) Magistrate Judge William E. Cassady, presiding. A true and correct copy of the complaint in the Tag-along Action is attached as Exhibit A.

Plaintiffs in this Tag-along Action are plaintiffs in the putative national class actions transferred by the Panel to the Northern District of Illinois for consolidated and coordinated pretrial proceedings (the "Borrowers' Consolidated Class). These Tag-along Actions allege the same general conduct, claim the same injury and see the same relief as the Borrowers' Consolidated Class Action. Likewise, these Tag-along Actions rely upon the same legal theories, require the same or similar factual determinations, and are governed by the same law.

Therefore, the Plaintiffs respectfully request that the Panel transfer this Tag-along Action to the Northern District of Illinois pursuant to J.P.M.L. Rule 7.4.

Respectfully Submitted this 12th day of March, 2008.

EARL P. UNDERWOOD, JR.
Counsel for Plaintiffs
Law Offices of Earl P. Underwood, Jr
Post Office Box 969
Fairhope, AL 36533-0969
(Telephone): 251-990-5558
(Facsimile): 251-990-0626
epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of March, 2008, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Stephen J. Bumgarner
Burr & Forman, LLP
3400 Wachovia Tower
420 North 20th St.
Birmingham, AL 35203

Kenneth J. Riemer
Kenneth J. Riemer, Attorney at Law
P.O. Box 1206
166 Government St.
Mobile AL 36633

Earl P. Underwood, Jr.