IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ALLEN F. COWART, JR., et al., :

    Plaintiffs, :

vs. : CA 08-0096-MJ-C

AMERIQUEST MORTGAGE : 
COMPANY,
                                          :

    Defendant.

## ORDER

The defendant's unopposed motion to stay this action (Doc. 6) is **GRANTED**. This action is **STAYED** pending its transfer to the United States District Court for the Northern District of Illinois by the Judicial Panel on Multidistrict Litigation. (*See* Doc. 6)

    **DONE** and **ORDERED** this the 13th day of March, 2008.

    s/WILLIAM E. CASSADY
    **UNITED STATES MAGISTRATE JUDGE**