CLOSED2008, OPTOUT, STAYED

# U.S. District Court
## Southern District of Alabama (Mobile)
## CIVIL DOCKET FOR CASE #: 1:08–cv–00096–C

Cowart et al v. Ameriquest Mortgage Company
Assigned to: Magistrate Judge William E. Cassady
Cause: 15:1640 Truth in Lending

Date Filed: 02/14/2008
Date Terminated: 05/01/2008
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**Allen F. Cowart, Jr.**                    represented by    **Earl P. Underwood**
                                                              P. O. Box 969
                                                              Fairhope, AL 36533–0969
                                                              251–990–5558
                                                              Fax: 251–990–0626
                                                              Email: epunderwood@alalaw.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **James Donnie Patterson**
                                                              P.O. Box 969
                                                              Fairhope, AL 36533
                                                              251–990–5558
                                                              Email: jpatterson@alalaw.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Kenneth J. Riemer**
                                                              166 Government Street, Suite 100
                                                              Mobile, AL 36602
                                                              251–432–9212
                                                              Fax: 251–433–7172
                                                              Email: kjr@alaconsumerlaw.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kay H. Cowart**                           represented by    **Earl P. Underwood**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **James Donnie Patterson**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Kenneth J. Riemer**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darlene Brown**

represented by **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Woodard**

represented by **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheila Jackson**

represented by **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Garity**

represented by

**Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bilma Hall**                                    represented by **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wallace Somerset**                             represented by **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirlene Somerset**                            represented by **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Molette**                    represented by    **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ramona Gulley**                    represented by    **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**                    represented by    **Stephen James Bumgarner**
Burr &Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203
205–458–5355
Fax: 205–244–5611

Email: sbumgarn@burr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2008 | 1 | COMPLAINT against Ameriquest Mortgage Company ( Filing fee $350 receipt number 11280000000000578075, Online Credit Card Payment), filed by Deborah Molette, Ramona Gulley, Allen F. Cowart, Jr, Kay H. Cowart, Darlene Brown, John Woodard, Sheila Jackson, Michael Garity, Bilma Hall, Wallace Somerset, Shirlene Somerset. (Attachments: # 1 Supplement Summons) (Patterson, James) (Additional attachment(s) added on 2/15/2008: # 2 Civil Cover Sheet) (eec). (Entered: 02/14/2008) |
| 02/15/2008 | 2 | Notice of Assignment to Magistrate Judge William E. Cassady for trial. (eec) (Entered: 02/15/2008) |
| 02/15/2008 | 3 | Summons Issued as to Ameriquest Mortgage Company. (Mailed to counsel for service.) (eec) (Entered: 02/15/2008) |
| 02/15/2008 | 4 | COMPLAINT (CORRECTED)against Ameriquest Mortgage Company ( Receipt number 11280000000000578075, Fee Paid at Intake), filed by Deborah Molette, Ramona Gulley, Allen F. Cowart, Jr, Kay H. Cowart, Darlene Brown, John Woodard, Sheila Jackson, Michael Garity, Bilma Hall, Wallace Somerset, Shirlene Somerset. (Patterson, James) Modified on 2/20/2008 (eec). (Entered: 02/15/2008) |
| 02/25/2008 | 5 | SUMMONS Returned Executed by Deborah Molette, Ramona Gulley, Allen F. Cowart, Jr, Kay H. Cowart, Darlene Brown, John Woodard, Sheila Jackson, Michael Garity, Bilma Hall, Wallace Somerset, Shirlene Somerset. Ameriquest Mortgage Company served on 2/21/2008, answer due 3/12/2008. (Attachments: # 1 Supplement Green card) (Patterson, James) (Entered: 02/25/2008) |
| 03/12/2008 | 6 | Unopposed MOTION to Stay by Ameriquest Mortgage Company. (Attachments: # 1 Exhibit A) (Bumgarner, Stephen) (Entered: 03/12/2008) |
| 03/13/2008 | 7 | ORDER entered 6 Motion to Stay. The defendant's unopposed motion to stay this action is GRANTED. This action is STAYED pending its transfer to the United States District Court for the Northern District of Illinois by the Judicial Panel on Multidistrict Litigation. (See Doc. 6) Signed by Magistrate Judge William E. Cassady on 3/13/08. (eec) (Entered: 03/13/2008) |
| 05/01/2008 | 8 | Conditional Transfer Order (MDL) from Northern District of Illinois requesting transfer of action. Entire case file sent to requesting District consisting of Documents 1 through 8 (Attachments: # 1 Transmittal Letter) (eec) (Entered: 05/01/2008) |