IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715 Lead case No. 05-CV-7097 |
| THIS DOCUMENT RELATES TO CASE NUMBER: 1:08-C-2354 | ) ) ) ) | |
| ALLEN F. COWART, JR., KAY H. COWART, DARLENE BROWN, JOHN WOODARD, SHIELA JACKSON, MICHAEL GARITY, VILMA HALL, WALLACE and SHIRLENE SOMERSET, DEBORAH MOLETTE, and RAMONA GULLEY, | ) ) ) ) ) ) ) ) ) | CASE NUMBER: 1:08-C-2354 |
| Plaintiffs, v. AMERIQUEST MORTGAGE COMPANY, et al. Defendants. | ) ) ) ) ) ) ) ) | Alabama Southern District No. CV-08-096 |

## JOINT STIPULATION OF DISMISSAL

**COMES NOW** the Plaintiff, **DEBORAH MOLETTE** and the Defendants, Ameriquest Mortgage Company, et al., by and through their undersigned counsel, and hereby present this stipulation of dismissal with prejudice, of all claims of Plaintiff **DEBORAH MOLETTE** against the Defendants, each party to bear his own cost. The parties also show unto the Court that they have reached a compromise of the controversies in this case and have entered into a Settlement Agreement manifesting the terms of that compromise. A proposed Order is attached hereto as Exhibit A.

DATED this August 22nd 2008.

        s/ James D. Patterson
        James D. Patterson, Esq.  (PATTJ6485)
        Earl P. Underwood, Jr., Esq.  (UNDEE6591)
        Attorneys for Plaintiffs
        21 South Section St.
        Fairhope, Alabama  36532
        Telephone: 251.990.5558
        Facsimile:  251.990.0626
        E-mail: jpatterson@alalaw.com


        s/ Brian H. Newman
        Brian H. Newman
        Buchalter Nemer
        1000 Wilshire Boulevard, Suite 1500
        Los Angeles, California 90017-2457
        Telephone:   213.891.5573
        Facsimile:   213.630.5848
        E-Mail: bnewman@buchalter.com


## CERTIFICATE OF SERVICE

I hereby certify that on August 22nd 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

        s/ James D. Patterson
        James D. Patterson, Esq.

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | **MDL No. 1715** |
| | **Lead case No. 05-CV-7097** |
| THIS DOCUMENT RELATES TO CASE NUMBER: 1:08-C-2354 | |
| ALLEN F. COWART, JR., KAY H. COWART, DARLENE BROWN, JOHN WOODARD, SHIELA JACKSON, MICHAEL GARITY, VILMA HALL, WALLACE and SHIRLENE SOMERSET, DEBORAH MOLETTE, and RAMONA GULLEY, | **CASE NUMBER: 1:08-C-2354** |
| Plaintiffs, | |
| v. | **Alabama Southern District No. CV-08-096** |
| AMERIQUEST MORTGAGE COMPANY; et al. | |
| Defendants. | |

## ORDER OF DISMISSAL

**WHEREFORE**, Plaintiff **DEBORAH MOLETTE** filed a Stipulation of Dismissal with Prejudice, it is hereby, **ORDERED, ADJUDGED and DECREED** that the claims of the Plaintiff **DEBORAH MOLETTE** against Defendants, in the above-styled action are hereby dismissed **with** prejudice, each party to bear its own costs.

**DONE AND ORDERED** this _____ day of _____, 2008.

_____
Judge Marvin E. Aspen