UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Allen F. Cowart Jr., et al.
                                                  Plaintiff,

v.                                                                              Case No.: 1:08−cv−02354
                                                                              Honorable Marvin E. Aspen

Ameriquest Mortgage Company
                                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 8/26/08:Pursuant to joint stipulation of dismissal filed on 8/22/08 (Doc. No. 10), the claims of the plaintiff Deborah Molette against defendants, in this matter, are hereby dismissed with prejudice, each party to bear its own costs. Deborah Molette terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.